IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DUSTIN STANTON**

**VS.**  **CIVIL ACTION NO. 3:13cv1087-KS-MTP**

**ALFRED WINDHAM,**
**ANTHONY CHAMBERS, ET AL**

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This cause came on this date to be heard upon the Report and Recommendation [53] of the United States Magistrate Judge entered herein on September 26, 2014, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Dismiss [31] be granted and the Defendant, Anthony Chambers, be dismissed from this action with prejudice for failure of Plaintiff to state a claim upon which relief can be granted. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>15th</u> day of October, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE